UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: NELSON EDWIN GARCIA MANGUAL and LUZ CELENIA FLORES BENITEZ  CASE No.
HC 1 BOX 7036
GURABO PR
00778-0000         JUDGE: GERARDO A. CARLO      01-04480-G

FINAL REPORT AND ACCOUNT

SS#1 - XXX-XX-3654
SS#2 - XXX-XX-1106

| This Case was Commenced | The Plan was Confirmed | The Case was Concluded |
|---|---|---|
| on Apr 18, 2001 | on Aug 9, 2001 | on Jan 22, 2004 |

THE SUBJECT CASE HAS BEEN CONVERTED AFTER CONFIRMATION
  Your trustee has maintained a detailed record of all receipts, including
the source or other identification of each receipt and of all disbursements.
Copies of these detailed records have been filed with the Court or are attached
hereto, and are incorporated by reference in this report.

RECEIPTS: Amounts paid to the Trustee by or for the Debtor for the benefit of
         creditors.                                                $  4115.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| ASSOCIATES FINANCE-BANKRUPTCY | UNSECURED | 4513.73 | 229.68 | .00 | 4284.05 |
| ASSOCIATES FINANCE-BANKRUPTCY | UNSECURED | 2850.11 | 145.02 | .00 | 2705.09 |
| CENTENNIAL DE PR | NOTICE ON | .00 | .00 | .00 | .00 |
| COMMOLOCO, INC. | UNSECURED | 5291.05 | 269.24 | .00 | 5021.81 |
| COMMOLOCO, INC. | NOTICE ON | .00 | .00 | .00 | .00 |
| EMPRESAS BERRIOS INC. | DIR.-PAY | 263.90 | .00 | .00 | .00 |
| EMPRESAS BERRIOS INC. | DIR.-PAY | 1667.22 | .00 | .00 | .00 |
| FIRST BANK PUERTO RICO | CAR IN FU | 10884.25 | 977.26 | .00 | 9906.99 |
| FIRSTBANK | NOTICE ON | .00 | .00 | .00 | .00 |
| FIRSTBANK DE PR/WESTERN AUTO | UNSECURED | 970.36 | 49.38 | .00 | 920.98 |
| ISLAND FINANCE | UNSECURED | 274.16 | 9.30 | .00 | 264.86 |
| MIDLAND RISK SERVICES INC | NOTICE ON | .00 | .00 | .00 | .00 |
| POPULAR FINANCE, INC. | UNSECURED | 5391.62 | 274.35 | .00 | 5117.27 |

CASE NO. 01-04480-G
DEBTOR(S): NELSON EDWIN GARCIA MANGUAL and LUZ CELENIA FLORES BENITEZ

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| SEARS ROEBUCK DE PR INC SEE #4 | UNSECURED | 1048.77 | .00 | .00 | .00 |
| SEARS ROEBUCK DE PR INC | UNSECURED | 1048.77 | 53.37 | .00 | 795.40 |
| NELSON EDW GARCIA MANGUAL | REFUND | .00 | .00 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMT ALL | 12815.37 | .00 | 21388.57 | | .00 | 34203.94 | TOTAL PAID PRINCIPAL |
| PRIN PD | 977.26 | .00 | 1030.34 | | .00 | 2007.60 | AND INT. |
| INT PAID | .00 | .00 | .00 | | .00 | 2007.60 | |

OTHER DISBURSEMENTS UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| ROBERTO FIGUEROA CARRASQUILL* | 1795.00 | 1795.00 |

COURT COSTS AND OTHER EXPENSES OF ADMINSTRATION:

| FILING FEE DEPOSIT | ADDITIONAL CHARGES | | TRUSTEE EXP. & COMPENSATION FUND | | OTHER COST | |
|---|---|---|---|---|---|---|
| | 1% OF RECEIPTS | .25 EA CLAIM OVER 10 | | | | |
| .00 | | .00 | 156.20 / | 156.20 | .00 | 312.40 |

I, the Chapter 13 Trustee, hereby CERTIFY that the estate has been fully administered.

WHEREFORE, the movant prays that an order be entered discharging Chapter 13 Trustee of his duties under this case and that he and his Surety Company be released of any possible liability arising during the administration of this case. The Chapter 13 Trustee also prays that an order closing the case be entered.

NOTICE to the debtor, creditors and parties in interest are hereby advised that pursuant to FRBP 5009 if within THIRTY (30) days no objection is filed by the United States Trustee or a party in interest, there shall be a presumption that the estate has been fully administered, and the Court may approve the Trustee's Final Report and Account and close the case without further notice.

DATED:

JOSE R. CARRION, TRUSTEE

24 FEB 2004

01-04480-G                      CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | | | |
|---|---|---|---|
| JOSE R. CARRION<br>PO BOX 9023884<br>OLD SAN JUAN STATION<br>SAN JUAN, PR | 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR | 00901 |
| *ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN PR | 00919 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN PR | 00902 |
| DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN PR | 00902 | DEPARTMENT OF LABOR<br>BUREAU OF EMPLOYMENT<br>505 MUNOZ RIVERA<br>SAN JUAN PR | 00918 |
| FIRST BANK PUERTO RICO<br>PRESTAMOS DE AUTO<br>PO BOX 9146<br>SANTURCE PR | 00908 | MIDLAND RISK SERVICES INC<br>PO BOX 381557<br>GERMANTOWN TN | 38138 |
| CENTENNIAL DE PR<br>PO BOX 71514<br>SAN JUAN PR | 00936 | COMMOLOCO, INC.<br>PO BOX 363769<br>SAN JUAN, PUERTO RICO | 00936 |
| ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN PR | 00919 | POPULAR FINANCE, INC.<br>PO BOX 336090<br>PONCE PR | 00733 |
| SEARS ROEBUCK DE PR INC<br>PO BOX 71204<br>SAN JUAN PR | 00936 | ASSOCIATES FINANCE-BANKRUPTCY<br>PO BOX 1616<br>BAYAMON PR | 00960 |
| FIRSTBANK DE PR/WESTERN AUTO<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN PR | 00908 | EMPRESAS BERRIOS INC.<br>PO BOX 674<br>CIDRA PR | 00739 |
| FIRSTBANK<br>C/O MARIA M BENABE RIVERA<br>PO BOX 9146<br>SAN JUAN PR | 00908 | | |

NELSON EDWIN GARCIA MANGUAL and LUZ CELENIA FLORES BENITEZ
HC 1 BOX 7036
GURABO PR
                    00778

DATED: February 24, 2004                          ROSA QUINONES